# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

PATRICIA W. HOLDEN, ESQ.
pholden@c-wlaw.com

155 Gaither Drive, Suite B
Mt. Laurel, NJ 08054

Phone: (856) 761-3800
Fax: (856) 761-0726

Visit us online at
www.C-WLAW.com

October 15, 2024

Hon. Rukhsanah L. Singh, USMJ
UNITED STATES DISTRICT COURT
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE: Megan King v. Former Police Officer Patrick Joyce et al. v. Truck Insurance Exchange and Farmers Insurance.
Civil Action No. 21-3926 (GC)(RLS)
Our File No.: 01155-00079832-NJ040

Dear Judge Singh:

As Your Honor is aware, we represent the Third Party Defendants, Truck Insurance Exchange and Farmers Insurance. Currently, this matter is scheduled for a Status Conference on October 15, 2024 at 1:30 p.m. Insomuch that plaintiff has not provided our office with call in information, I have taken the liberty of providing all counsel with the following call information:

Participants: **Dial In- 667-770-1149 – Access Code: 297015.**

By copy of this correspondence, I am providing all counsel with same.

Respectfully,

*s/ Patricia W. Holden*

Patricia W. Holden, Esq.

PWH/cc